IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR612-018 |
| | ) | |
| LEON VARNEZE PACE | ) | |

## ORDER

The defendant, Leon Varneze Pate, was sentenced by this court on September 4, 2013 and is currently under the supervision of the United States Probation Office. Surety, Mikki Knighton, has requested the return of the $2,000.00 cash security posted on the defendant's $20,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,000.00 posted by surety for the defendant, plus all accrued interest thereon, be returned to Mikki Knighton at 1020 Perry Street, Helena, Arizona 72342.

This 12th day of June, 2018 at Augusta, Georgia.

CHIEF JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA